UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robyn Carlson,

       Plaintiff,                    Civil No. 06-1744 (RHK/JSM)

vs.                              **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, Wyeth Pharmaceuticals, Inc.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 12, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge